FORM 8. Entry of Appearance

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

3FORM, Inc. _____ v. LUMICOR, INC. _____

No. 2016-1535

### ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se     ☒ As counsel for: 3Form, Inc. _____

Name of party

I am, or the party I represent is (select one):

☐ Petitioner     ☐ Respondent     ☐ Amicus curiae     ☐ Cross Appellant

☒ Appellant     ☐ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant     ☐ Respondent or appellee

| | |
|---|---|
| Name: | Samuel C. Straight |
| Law Firm: | Ray Quinney & Nebeker P.C. |
| Address: | 36 South State Street, Suite 1400 |
| City, State and Zip: | Salt Lake City, UT 84111 |
| Telephone: | (801) 323-3390 |
| Fax #: | (801) 532-1500 |
| E-mail address: | sstraight@rqn.com |

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 9/5/14

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes   ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date February 4, 2016 _____   Signature of pro se or counsel /s/ Samuel C. Straight _____

cc: _____

Reset Fields

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 4th day of February, 2016, a true and

correct copy of the foregoing **ENTRY OF APPEARANCE** was filed with

the Clerk of the Court using the CM/ECF system, which sent notice to

the following:

Lawrence D. Graham
LOWE GRAHAM JONES
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
graham@lowegrahamjones.com


 /s/ Brandy Sears