NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**3FORM, INC.,**
*Plaintiff-Appellant*

v.

**LUMICOR, INC.,**
*Defendant-Appellee*

2016-1535

Appeal from the United States District Court for the District of Utah in No. 2:12-cv-00293-CW-BCW, Judge Clark Waddoups.

**ON MOTION**

Before HUGHES, *Circuit Judge.*

**O R D E R**

Upon consideration of the parties' motion to stay the briefing schedule in this appeal pending the district court's resolution of Lumicor, Inc.'s motion for attorney fees,

2                                          3FORM, INC. v. LUMICOR, INC.

IT IS ORDERED THAT:

The motion is denied.

                                                          FOR THE COURT

                                                       /s/ Daniel E. O'Toole
                                                       Daniel E. O'Toole
                                                       Clerk of Court

s25